UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANE BROWN,

                Plaintiff,

    - against -

ELMHURST HOSPITAL CENTER,

                Defendant.

------------------------------------------------------------X

**ORDER**
**11 CV 957 (RJD)(LB)**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y.
★ NOV 21 2011 ★
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

    By letter dated November 15, 2011, plaintiff requests the Court's assistance regarding the production of documents by defendant. (Docket entry 32.) Plaintiff states that the Court "gave extended time to [defendant's counsel] and he still did not come through with the request[ed] documents." (Id.) Plaintiff also states that defendant has not responded to her October 18, 2011 request for documents. (Id.) Defendant's counsel shall respond to plaintiff's letter by November 23, 2011.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: November 18, 2011
       Brooklyn, New York

