UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIANE BROWN,

                        Plaintiff,                                  **ORDER**

      -against-                                              11 CV 957

ELMHURST HOSPITAL CENTER,

                        Defendant.
-----------------------------------------------------------------X
DEARIE, District Judge.

      By letter dated December 20, 2011, defendant objects pursuant to Rule 72 of the Federal Rules of Civil Procedure to Magistrate Judge Bloom's order dated December 7, 2011, resolving a discovery dispute over the production of a sampling of underlying time sheets and records of plaintiff's co-workers. All of the grounds raised in defendant's letter regarding the burden that would be placed on defendant as compared to the necessity of the underlying records for pro se plaintiff's case were raised at the telephone conference before Magistrate Judge Bloom on December 6, 2011, and it is clear from the record that they were fully and fairly considered. The order is neither clearly erroneous nor contrary to law. Defendant's request to vacate the order is denied.

SO ORDERED.

Dated: Brooklyn, New York
       January 1̶2̶, 2012

                                                       s/ Judge Raymond J. Dearie

                                                       RAYMOND J. DEARIE
                                                       United States District Judge