UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DIANE BROWN,

                                    Plaintiff,

                                                                **ORDER**
                -against-
                                                                11 CV 957

ELMHURST HOSPITAL CENTER,

                                    Defendant.
-------------------------------------------------------------------X
DEARIE, District Judge.

  By letter dated December 20, 2011, defendant objects pursuant to Rule 72 of the Federal

Rules of Civil Procedure to Magistrate Judge Bloom's order dated December 7, 2011, resolving a

discovery dispute over the production of a sampling of underlying time sheets and records of

plaintiff's co-workers.  All of the grounds raised in defendant's letter regarding the burden that

would be placed on defendant as compared to the necessity of the underlying records for pro se

plaintiff's case were raised at the telephone conference before Magistrate Judge Bloom on December

6, 2011, and it is clear from the record that they were fully and fairly considered. The order is neither

clearly erroneous nor contrary to law.  Defendant's request to vacate the order is denied.


SO ORDERED.

Dated: Brooklyn, New York
   January *16*, 2012

             s/ Judge Raymond J. Dearie

             RAYMOND J. DEARIE
             United States District Judge